# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of February, two thousand twenty-six,

---

| | |
|---|---|
| Raymond Kessler, individually and on behalf of all others similarly situated, Hartence Hill, Lazaro Rodriguez, Barbara Abreu, Teresa Herendeen, | **ORDER** <br> Docket Nos. 25-2146(L), 25-2377(con), 25-2614(con), 26-227(con), 26-238(con) |

   Plaintiffs - Appellees,

 v.

Pat Zhen, Bilal Amjad,

   Objectors - Appellants,

Enoch Barquero

   Appellant,

 v.

The Quaker Oats Company,

   Defendant - Appellee.

---

Appellant Enoch Barquero has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting April 6, 2026 as the brief and joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

